# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

FRANCES GARCIA,

    Plaintiff,                                    CASE NO:  2:12-cv-03076-TLN-EFB

    v.

ALLIED INTERSTATE, LLC., fka
ALLIED INTERSTATE, INC.,

    Defendant.


IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT, FILED WITH THE COURT ON SEPTEMBER 18, 2013.**

                                                            **Marianne Matherly,**
                                                            Clerk of Court

ENTERED:    September 18, 2013

                                                            by: /s/ M. Krueger
                                                                  Courtroom Deputy